**No. 60769.**—Schneider Bros. & Co., Inc. *v.* United States, protest 198533–K (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of table lighters similar in all material respects to those the subject of Abstract 59275, the claim of the plaintiff was sustained.